# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 11CR1448-MMA |
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL |
| v. | |
| HITESH VINOD PATEL, GAYATRI INVESTMENTS, LLC, | |
| Defendant. | |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Second Superseding Indictment in the above entitled case against defendants Hitesh Vinod Patel and Gayatri Investments, LLC is **dismissed without prejudice**. The defendants are hereby discharged.

IT IS SO ORDERED.

Dated: 3/7/2012

MITCHELL D. DEMBIN,
United States Magistrate Judge
United States District Court