# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

12 SEP 11 AM 8:56

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>STEPHEN ADAM BOARD (14),<br><br>                Defendant. | CASE NO. 11CR1448-MMA<br><br>BY: _____ DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

\_\_\_ of the offense(s) as charged in the Indictment/Information:

---

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/10/2012

Michael M. Anello
U.S. District Judge